IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL No.: 8:20-cr-00452 |
| | ) | |
| vs. | ) | |
| | ) | **NOTICE of REQUEST for PROTECTION** |
| JOHN TOWERY, | ) | **from COURT APPEARANCE** |
| Defendant. | ) | |
| _____ | ) | |

The undersigned attorney respectfully request protection from court appearances from July 19th through July 23rd, 2021; September 7, 2021; and October 10th and 11th, 2021, for planned vacation time. Currently, there are no court dates set for this defendant. Opposing counsel has been notified and has no opposition.

Respectfully submitted,

s/Rame Campbell
_____
Rame L. Campbell (Fed. Bar #7737)
RAME CAMPBELL LAW FIRM, LLC
106 Cater Street (29621)
P.O. Box 2005
Anderson, South Carolina 29622
(864) 712-9636  (Ofc)
(864) 712-9637  (Fax)
ramecampbelllaw@gmail.com
Attorney for Defendant

May 28, 2021
Anderson, South Carolina