# UNITED STATES DISTRICT COURT

# DISTRICT OF SOUTH CAROLINA

# ANDERSON/GREENWOOD DIVISION

UNITED STATES OF AMERICA

vs.

JOHN TOWERY

CASE NO. 8:20CR00452-8

## PLEA

The Defendant, JOHN TOWERY, acknowledges receipt of a copy of the superseding indictment and pleads guilty in open court to count(s) 1.

(Signed) _____ Defendant

Spartanburg, South Carolina
September 13, 2021