IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 8:20-cr-452-DCC |
| | ) | |
| vs. | ) | |
| | ) | MOTION TO DISMISS INFORMATION |
| JOHN TOWERY | ) | |

The Government moves to dismiss the previously filed information as to Defendant John Towery. The Government submitted the information during the plea negotiations. Defendant Towery, however, has now entered a plea to the Superseding Indictment in this case. As such, the Government now moves to dismiss the information as to Defendant John Towery.

M. RHETT DEHART.
ACTING UNITED STATES ATTORNEY

By: s/ Carrie A. Fisher Sherard
    Carrie A. Fisher Sherard (10134)
    Assistant United States Attorney
    55 Beattie Place, Suite 700
    Greenville, SC 29601
    Telephone: (864) 282-2100
    Email Address: carrie.a.fisher@usdoj.gov