IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL No.: 8:20-cr-00452-DCC |
| | ) | |
| vs. | ) | **CONSENT MOTION FOR EXTENSION OF** |
| | ) | **TIME TO FILE OBJECTIONS TO PRESENTENCE** |
| JOHN TOWERY, | ) | **INVESTIGATION REPORT** |
| Defendant. | ) | |
| _____ | ) | |

The Defendant, John Towery, by and through his attorney, moves this Honorable Court for an Order granting the Defendant a twenty-one (21) day extension in which to file his objections to the Presentence Investigation Report. The objections are presently due on November 3, 2021. Counsel needs additional time to meet with Mr. Towery and prepare objections.

Counsel discussed this motion with Assistant United States Attorney Carrie Fisher and U.S. Probation Agent Travis Smith, who consent to this motion.

WHEREFORE, the undersigned prays for an Order granting a 21-day extension until November 24, 2021, to file objections to the Presentence Investigation Report.

Respectfully submitted,

RAME CAMPBELL LAW FIRM, LLC

s/ Rame L. Campbell
Rame L. Campbell (Fed. Bar # 7737)
P.O. Box 2005
Anderson, SC 29622
Ph: (864) 712-9636 Fax: (864) 712-9637
Email: ramecampbelllaw@gmail.com
ATTORNEY FOR DEFENANT JOHN TOWERY

October 26, 2021