IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

**UNITED STATES OF AMERICA**

**VS**  CR NO. **8:20CR00452-DCC-8**

**JOHN TOWERY**

## PLEA

The defendant, **JOHN TOWERY**, pleads **GUILTY** to Count **1ss** of the **Information filed by the Government on 11/01/2021** after arraignment in open court.

_____
(Signed) Defendant

Spartanburg, South Carolina
November 2, 2021