AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 8:20cr452-8 |
| John Towery | ) | |
| | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 11/2/21

_Defendant's signature_

_Signature of defendant's attorney_

Rame L. Campbell
_Printed name of defendant's attorney_

_Judge's signature_

Donald C Coggins, Jr.  US Dist. Judge
_Judge's printed name and title_