```
                    UNITED STATES DISTRICT COURT

                              FOR THE

                     DISTRICT OF SOUTH CAROLINA

                        SPARTANBURG DIVISION

* * * * * * * * * * * * * *
UNITED STATES OF AMERICA,    * CRIMINAL NO. 8:20-CR-452
                             * FEBRUARY 08, 2022   2:02 P.M.
              Plaintiff,     * EXCERPT OF SENTENCING HEARING
                             *
vs.                          *
                             *
JOHN TOWERY,                 * Before:
                             * HONORABLE DONALD C. COGGINS, JR.
                             * UNITED STATES DISTRICT JUDGE
              Defendant.     * DISTRICT OF SOUTH CAROLINA
* * * * * * * * * * * * * *
APPEARANCES:

For the Plaintiff:     CARRIE SHERARD, AUSA
                       United States Attorney's Office
                       District of South Carolina
                       55 Beattie Place, Suite 700
                       Greenville, SC  29601



For Defendant John Towery:

                       RAME CAMPBELL, ESQUIRE
                       Rame Campbell Law Firm
                       106 Cater Street
                       Anderson, SC 29621




Court Reporter:        Michele E. Becker, RMR, CRR, RPR
                       201 Magnolia Street
                       Spartanburg, SC   20306
                       (864) 905-8888

        Proceedings recorded by mechanical stenography,
transcript produced by computer.


              Michele E. Becker, RMR, CRR, RPR
                United States District Court
                 District of South Carolina
```

1        (Court convened at 2:01 p.m.)
2        (Proceedings were held but not transcribed at this time.)
3            **MR. CAMPBELL:** Your Honor, this is Mr. Barry Owens.
4            **THE COURT:** All right. Mr. Owens, if you'll come up
5    just right between the tables will be fine. We've got a
6    handheld mic for you, and I'm going to let the clerk swear you
7    in and then I'll be happy to hear from you.
8            **THE CLERK:** Sir, please raise your right hand and
9    state your name for the record.
10           **THE WITNESS:** Barry Owens.
11       (Whereupon, the witness is duly sworn on oath.)
12           **THE WITNESS:** Yes, ma'am. I do.
13           **THE COURT:** Thank you, sir.
14           **THE WITNESS:** Your Honor, thank you for giving me the
15   opportunity to address you on behalf of John. I've known John
16   at least 13 years, and I'm also his pastor. I understand that
17   sin has a price. I don't think this merely as people has
18   displayed. Sin comes in subtle, comes in slow. It doesn't
19   come on with all these flames and red bells and whistles just
20   like the madam here said. But John also has given his heart
21   to Christ. And that's one of the most important decisions
22   that he could have ever made within the last couple of months.
23   I'm not here to tell you, obviously, what he done was right.
24   He's going to have to have an account for that. But
25   thankfully we've got a Christ who has forgiven him and saved

1  his soul.  We've seen such a difference in John since he's
2  been coming to our church.  He's been around my children
3  multiple times, and matter of fact he was at the hospital
4  whenever my children were born, each and every one of them.
5  And I just ask the Court to have mercy on him today.  Thank
6  you, Your Honor.
7              **THE COURT:**  Thank you, sir.
8  (Proceedings were held but not transcribed at this time.)
9  (Court recessed at 3:12 p.m.)
10
11                           CERTIFICATE
12  I,  Michele E. Becker, certify that the foregoing is
13  a correct transcript from the record of proceedings
14  in the above-entitled matter.
15
16  /s/  Michele E. Becker          Date:  07/08/2022
17
18
19
20
21
22
23
24
25
                   Michele E. Becker, RMR, CRR, RPR
                     United States District Court
                      District of South Carolina