IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | CR. No.: 8:20-cr-00452-DCC |
| v. | ) | |
| | ) | |
| | ) | **MOTION FOR EXTENSION OF TIME** |
| GARY GARLAND, | ) | **TO SUBMIT AFFIDAVIT** |
| | ) | |
| Defendant. | ) | |
| | ) | |

NOW COMES John M. Read, IV, previous counsel for Defendant Gary Garland, requesting that this Court grant a thirty (30) day extension within which to submit his Affidavit in response to Defendant Garland's, 2255 Motion for the following reasons.

On January 13, 2023, this Court ordered the undersigned counsel to "provide an affidavit to the Government on or before February 9, 2023, regarding the claim(s) raised in Defendant Gary Garland's § 2255 Motion" via Text Order.   Counsel will be unable to complete the affidavit by the stated deadline because of the length and complexity of the Defendant's allegations and the required record review.

Counsel has consulted with the government regarding this request and the government consents to the extension.

1

WHEREFORE, counsel respectfully requests a thirty (30) day extension within which to submit the referenced Affidavit to the government.

Respectfully submitted,

**The Read Law Firm, LLC**

s/John M. Read, IV
John M Read, IV
(Federal I.D. No.: 7684)
101 West Park Avenue
Greenville, SC 29601
864-501-5110
Email: jread@readlegal.com

February 6, 2023
Greenville, South Carolina