

John William Towery
1975 W Oak Hwy
Westminster SC 29693

Date of Birth: **8/12/1958**
Today's Date: **4/18/2023**

Dear whom it may concern,

Mr. John W. Towery is under my care. He is experiencing significant pain in his right groin and leg and is concerning. I feel that it is medically necessary to obtain an MRI of his spine. The ankle bracelet he has in place is not compatible with the MRI machine and therefore would have to come off for the scan and then could be put right back on after.

Sincerely,

MICHAEL GREENBAUM, MD, PhD
PRISMA HEALTH CANCER INSTITUTE - EASTSIDE
65 INTERNATIONAL DR
GREENVILLE SC 29615-4816
864-679-4000